IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROY L. JOHNSON,

       Plaintiff,                    No. 2:07cv2031 FCD-JFM-(PC)

    vs.

SOLANO COUNTY SHERIFF'S DEPARTMENT, et al.,

       Defendants.              <u>ORDER</u>

_____/

        On June 16, 2008, plaintiff filed a request to postpone consideration of defendants' motion for summary judgment. Although this request was received by the court on June 16, 2008, the request was dated May 21, 2008, and an accompanying letter (docket no. 39) explained that the filing was delayed due to lack of postage.

        Defendants filed a motion for summary judgment on May 6, 2008. On May 27, 2008, plaintiff was granted an extension of time until July 11, 2008 in which to file an opposition. Plaintiff now seeks additional time, until August 20, 2008, because he has not yet received affidavits from potential witnesses.[1]  Good cause appearing, plaintiff will be granted

---

[1] Plaintiff also states he does not yet have any of the misconduct records of the defendants from their personnel files and suggests the court must review these files with the

1

1 until August 20, 2008 in which to file his opposition.  Plaintiff is cautioned, however, that no
2 further extensions of time will be granted.
3       Good cause appearing, IT IS HEREBY ORDERED that:
4       1.  Plaintiff's June 16, 2008 request to postpone consideration of defendants'
5 motion for summary judgment (docket no. 38) is granted; and
6       2.  Plaintiff shall file his opposition on or before August 20, 2008.  Defendants'
7 reply, if any, shall be filed seven days thereafter.  No further extensions of time will be granted to
8 plaintiff.
9 DATED: June 19, 2008.

_____
UNITED STATES MAGISTRATE JUDGE

/001; john2031.eot

---

Sheriff's Department's Personnel Manager in camera.  However, discovery closed April 18, 2008.

2