1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10   ROY L. JOHNSON,

11              Plaintiff,              No. 2:07-cv-2031 FCD JFM (PC)

12        vs.

13   SOLANO COUNTY SHERIFF'S
     DEPARTMENT, et al.,
14
                Defendants.            ORDER
15   _____/

16          Plaintiff has requested the appointment of counsel.  The United States Supreme

17   Court has ruled that district courts lack authority to require counsel to represent indigent

18   prisoners in § 1983 cases.  <u>Mallard v. United States Dist. Court</u>, 490 U.S. 296, 298 (1989).  In

19   certain exceptional circumstances, the court may request the voluntary assistance of counsel

20   pursuant to 28 U.S.C. § 1915(e)(1).  <u>Terrell v. Brewer</u>, 935 F.2d 1015, 1017 (9th Cir. 1991);

21   <u>Wood v. Housewright</u>, 900 F.2d 1332, 1335-36 (9th Cir. 1990).  In the present case, the court

22   does not find the required exceptional circumstances.  Plaintiff's motion for the appointment of

23   counsel will therefore be denied.

24   /////

25   /////

26   /////

                                          1

Accordingly, IT IS HEREBY ORDERED that plaintiff's June 20, 2008 motion for the appointment of counsel is denied.

DATED:  July 21, 2008.

UNITED STATES MAGISTRATE JUDGE

/mp/001
john2031.31

2