IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROY L. JOHNSON,

       Plaintiff,                No. 2:07-cv-2031 FCD JFM (PC)

    vs.

SOLANO COUNTY SHERIFF'S DEPARTMENT, et al.,

       Defendants.            <u>ORDER</u>

          By order filed August 6, 2008, plaintiff was directed to submit original photographs together with a statement under penalty of perjury describing the injuries depicted and how the injuries were caused. (Docket No. 53.) Plaintiff seeks an extension of time to respond to that order. Good cause appearing, IT IS HEREBY ORDERED that:

          1. Plaintiff's August 14, 2008 and August 28, 2008 requests for an extension of time are granted (Docket Nos. 55, 57 & 61); and

          2. Plaintiff shall file and serve a response to the court's August 6, 2008 order on or before September 30, 2008. If defendants wish to comment on the photograph or the statement of plaintiff, they shall file said comment within ten days after plaintiff's filing.

DATED: September 8, 2008.

                                                                 UNITED STATES MAGISTRATE JUDGE

mp/001; john2031.36