IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROY L. JOHNSON,

        Plaintiff,                No. 2:07-cv-2031 FCD JFM (PC)

    vs.

SOLANO COUNTY SHERIFF'S DEPARTMENT, et al.,

        Defendants.         <u>ORDER</u>

        Plaintiff is a state prisoner proceeding pro se with a civil rights complaint pursuant to 42 U.S.C. § 1983.  On September 10, 2008, defendants filed a request for extension of the deadline for filing pretrial statements in this action in light of the pending motion for summary judgment.  Good cause appearing, the September 26, 2008 pretrial conference will be vacated, and the parties are relieved of their obligation to file pretrial statements at this time.  The November 12, 2008 jury trial date will also be vacated.  These dates will be reset, if appropriate, upon resolution of the pending motion for summary judgment.

        IT IS HEREBY ORDERED that:

        1. Defendants' September 10, 2008 application is granted [docket no. 63];

        2. The September 26, 2008 pretrial conference is vacated; and

/////

3. The November 12, 2008 jury trial, presently set before the Honorable Frank C. Damrell, Jr., is vacated.

DATED: September 11, 2008.

_____
UNITED STATES MAGISTRATE JUDGE

/001; john2031.vac