IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROY L. JOHNSON,

    Plaintiff,               No. 2:07-cv-2031 FCD JFM (PC)

   vs.

SOLANO COUNTY SHERIFF'S DEPARTMENT, et al.,

    Defendants.         ORDER

_____/

        On October 20, 2008, plaintiff filed a request for subpoena forms to enable plaintiff to serve a "civil subpoena for written deposition" on at least six witnesses to be reviewed by the court in connection with the pending summary judgment motion.  However, plaintiff is reminded that discovery closed on April 18, 2008.  Moreover, the briefing period for filing documents in connection with the motion for summary judgment expired on September 25, 2008.  If defendants' motion for summary judgment is denied, a further scheduling order will issue and plaintiff will be provided an opportunity to file his motions for attendance of incarcerated witnesses, if any, and he may request subpoena forms for unincarcerated witnesses at that time.

1

1  Good cause appearing, IT IS HEREBY ORDERED that plaintiff's October 20,
2  2008 request for forms is denied without prejudice.
3  DATED: January 14, 2009.

_____
UNITED STATES MAGISTRATE JUDGE

/001; john2031.frm